IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE G. ROSS, | No. C 05-04870 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| JO ANNE B. BARNHART, Commissioner of Social Security | |
| Defendant. / | |

Upon review, this action appears to concern the same parties, transactions and events as *Ross v. Barnhart*, No. C-03-02201 MMC. The Court refers this matter to Judge Maxine Chesney for the purpose of determining whether it is related to that case as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: April 3, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE