IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE G. ROSS,

         Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security

         Defendant
_____/

No. C 05-4870 MMC

**ORDER TO SHOW CAUSE**

        In this action, plaintiff seeks judicial review of a decision of the Social Security Administration.  By order filed November 29, 2005, plaintiff was directed to file a motion for summary judgment or for remand within 30 days of the service of defendant's answer.  (See Procedural Order for Social Security Review Actions.)  On February 27, 2006, defendant filed an answer to plaintiff's complaint.  To date, plaintiff has not filed a motion for summary judgment or for remand.

        Accordingly, the Court hereby ORDERS PLAINTIFF TO SHOW CAUSE, in writing, no later than April 28, 2006, why the instant action should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  To show good cause, plaintiff must file his motion for summary judgment or remand, along with a declaration explaining why such motion was not filed within the time required by the Court's prior order.

1 |     If plaintiff fails to show good cause in the manner set forth above, the Court will dismiss the action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 11, 2006

_____
MAXINE M. CHESNEY
United States District Judge

2