1  IAN M. SAMMIS (CA State Bar No. 45883)
2  1108 Tamalpais Avenue, #1
3  San Rafael, CA 94901
3  Telephone: (415) 457-4200
4  Facsimile:  (415) 454-5294
5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE G. ROSS, ) | Case No. C 05-04870 MMC |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | EXTENDING TIME TO FILE |
| ) | PLAINTIFF'S MOTION FOR |
| JO ANNE B. BARNHART, ) | SUMMARY JUDGMENT |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, Plaintiff Bruce G. Ross may have an extension of 40 days in which to file his Motion for Summary Judgment.  Plaintiff's response is due on May 10, 2006, pursuant to Civil L.R. 16-5.

IT IS SO STIPULATED:

| | | |
|---|---|---|
| 1 | Dated: March 31, 2006 | signed /IAN M. SAMMIS/ |
| 2 | | |
| 3 | | _____ |
| | | Ian M. Sammis |
| 4 | | Attorney for Ryan Handley |
| 5 | Dated:  April 6, 2006 | |
| 6 | | KEVIN V. RYAN |
| | | UNITED STATES ATTORNEY |
| 7 | | |
| 8 | | Signed /Sara Winslow/ |
| | | By_____ |
| 9 | | Sara Winslow |
| 10 | | Assistant United States Attorney |

**ORDER**

The parties having stipulated as set forth above,

**IT IS SO ORDERED.**  The order to show cause, filed April 11, 2006 is discharged.

Dated:  April  ___17___, 2006

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE