KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:   (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE G. ROSS, | ) |
| Plaintiff, | ) CIVIL NO.  05-04870 MMC |
| v. | ) STIPULATION AND <br> ) ORDER VACATING HEARING |
| JO ANNE B. BARNHART, <br> Commissioner of Social Security, | ) Hearing: June 16, 2006 <br> ) Time 9:00 a.m. (Courtroom 7, 19th Floor) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff has an extension of 30 days after entry of this Order so that Plaintiff can develop and submit his Motion for Summary Judgment and/or Remand on the additional records.

As part of his Motion for Summary Judgment and/or Remand, Plaintiff intends to rely on the records submitted with his declaration dated May 10, 2006.

Plaintiff withdraws his Motion to Stay.  The June 16, 2006 hearing should be vacated.  Plaintiff

///

///

///

///

///

1

shall file his Motion for Summary Judgment and/or Remand within 30 days after entry of this Order.

                                  Respectfully submitted,

Dated: June 2, 2006                         /s/
                                      IAN M. SAMMIS

                                      KEVIN V. RYAN
                                      United States Attorney

Dated: June 5, 2006                     By:    /s/
                                      SARA WINSLOW
                                      Assistant United States Attorney

                                              ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing set for June 16, 2006 is vacated. Plaintiff shall file his Motion for Summary Judgment and/or Remand within 30 days from the date of this order.

Dated: June 6, 2006                   _____
                                     MAXINE M. CHESNEY
                                     United States District Judge