1   KEVIN V. RYAN, SBN 118321
    United States Attorney
2   JOANN M. SWANSON, 88143
    Assistant United States Attorney
3   Chief, Civil Division
    SARA WINSLOW, DCBN 457643
4   Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169
7
8   Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  BRUCE G. ROSS,                    )
                                      )
13          Plaintiff,                )   CIVIL NO.   05-04870 MMC
                                      )
14          v.                        )   STIPULATION AND ORDER EXTENDING
                                      )   DEFENDANT'S TIME TO FILE
15  JO ANNE B. BARNHART,              )   RESPONSE TO PLAINTIFF'S
    Commissioner of Social Security,  )   MOTION FOR SUMMARY JUDGMENT
16                                    )
                                      )
17          Defendant.                )
    _____   )

18          IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19  approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20  file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on

21  August 9, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on September 8,

22  2006.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

    _____

        [1]  See attached Declaration of Michael A. Cabotaje.

1    This is defendant's first request.

2

3

4

5    Dated: August 8, 2006                    /s/
                                          IAN M. SAMMIS
6                                         Attorney for Plaintiff

7

8                                         KEVIN V. RYAN
9                                         United States Attorney

10

      Dated:  August 9, 2006        By:        /s/
11                                        SARA WINSLOW
                                          Assistant United States Attorney
12

13

14

15   PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

      Dated: August 11, 2006
17
                                          _____
18                                        MAXINE M. CHESNEY
                                          United States District Judge
19

20

21

22

23

24

25

26

27

28