IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE G. ROSS,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

        Defendant.

        No. CV-05-4870 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Plaintiff's motion for summary judgment is hereby DENIED; and

2. Defendant's cross-motion for summary judgment is hereby GRANTED.

Dated: November 1, 2007

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk